WILLIAM C. PEACHEY
Director, District Court Section

CHRISTOPER W. DEMPSEY
Assistant Director, District Court Section

JOSEPH F. CARILLI, JR.
N.H. Bar Identification No. 15311
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-4848
E-mail: joseph.f.carilli2@usdoj.gov

*Attorney for the Respondent*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MOHAMMAD AL FALAHI, | Case No.: 2:16-cv-02921-JAD-VCF |
| Petitioner, | |
| vs. | **MOTION TO ADMIT GOVERNMENT ATTORNEY TO PRACTICE IN THE DISTRICT OF NEVADA FOR DURATION OF ATTORNEY'S GOVERNMENT EMPLOYMENT** |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICE | |
| Respondent. | |

Pursuant to LR IA 11-3, the United States Department of Justice respectfully requests that this honorable Court admit the undersigned Government attorney, Joseph F. Carilli, Jr., to practice in the District of Nevada for the above-captioned case and in all matters in this district during the period of his employment by the United States.  Local Rule IA 11-3 provides:

> Unless the court orders otherwise, any attorney who is a member in good standing of the highest court of any state, commonwealth, territory, or the District of Columbia, who is employed by the United States as an attorney and has occasion

1

to appear in this court on behalf of the United States, is entitled to be permitted to practice before this court during the period of employment upon motion by the employing federal entity, the United States Attorney, the United States Trustee's Office, or the Federal Public Defender for this district or one of the assistants.

Undersigned Government attorney is an attorney with the United States Department of Justice, Civil Division, Office of Immigration Litigation, District Court Section, an agency of the federal government, and is a member in good standing of the bar of New Hampshire (Bar Identification No. 15311).

The following contact information is provided to the Court:

>Joseph F. Carilli, Jr.
>Trial Attorney
>United States Department of Justice
>Civil Division
>Office of Immigration Litigation
>District Court Section
>P.O. Box 868, Ben Franklin Station
>Washington, D.C. 20044
>Telephone: (202) 616-4848
>E-mail: joseph.f.carilli2@usdoj.gov

Accordingly, the United States Department of Justice respectfully requests that the Court admit the undersigned Government attorney, Joseph F. Carilli, Jr., to practice in the District of Nevada for the duration of employment by the United States.

Dated: January 6, 2017             Respectfully submitted,

>WILLIAM C. PEACHEY
>Director, District Court Section
>
>CHRISTOPER W. DEMPSEY
>Assistant Director, District Court Section
>
>By:   /s/ Joseph F. Carilli, Jr.
>      JOSEPH F. CARILLI, JR.
>      N.H. Bar Identification No. 15311
>      Trial Attorney
>      United States Department of Justice
>      Civil Division
>      Office of Immigration Litigation
>      District Court Section

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-4848
E-mail: joseph.f.carilli2@usdoj.gov

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
UNITED STATES MAGISTRATE JUDGE

DATED: 1/13/2017