CHAD A. READLER
Acting Assistant Attorney General

WILLIAM C. PEACHEY
Director, District Court Section

EDWARD S. WHITE
Senior Litigation Counsel

JOSEPH F. CARILLI, JR.
N.H. Bar Identification No. 15311
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-4848
E-mail: joseph.f.carilli2@usdoj.gov

*Attorneys for the Respondent*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MOHAMMAD AL FALAHI,<br><br>   Petitioner,<br><br>vs.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>   Respondent. | Case No.: 2:16-cv-02921-JAD-VCF<br><br>**JOINT MOTION FOR AN EXTENSION OF TIME TO FILE DISPOSTIVE MOTIONS** |

The above named parties, by and through their respective counsel of record hereby submit this joint motion for an extention of time to file dispostive motions pursuant to LR IA 6-1.

This is the first motion for extension of time to file dispositive motions. Good cause exists for this extension. On October 6, 2017, Petitioner served a Rule 30(b)(6) deposition notice, requesting to depose a U.S. Citzenship and Immigration Services ("USCIS") employee on the USCIS' Controlled Application Review and Resolution Process ("CARRP") and noticed Respondent of intention to depose the two USCIS employees that interviewed Petitioner about his application for naturalization. Petitioner plans to ask these USCIS employees questions

1

regarding the CARRP. On October 11, 2017, Respondent filed a motion for a protective order to limit discovery into the CARRP. The parties met and conferred but were unable to resolve the discovery dispute. This extension of time will allow the Court time to consider the motion for the protective order and to allow for the parties to complete the depositions prior to submission of dispositive motions.

Pursuant to the Court's Joint Discovery Plan and Scheduling Order, ECF No. 10, the date for filing dispositive motions shall not be later than thirty (30) days after the discovery cut-off date, which in this matter is not later than Wednesday November 22, 2017. ECF No. 10, at 3. The Parties move that the date for filing dispositive motion shall not be later than ninety (90) days after the Court rules on the motion for a protective order. The date for the completion of the depositions shall be within thirty (30) days after the Court rules on the motion for a protective order. The discovery period will remain open for sole purpose of completing the depositions.

| | | |
|---|---|---|
| Date: October 11, 2017 | | Respectfully submitted, |
| /s/ Amy Rose | | CHAD A. READLER |
| AMY ROSE | | Acting Assistant Attorney General |
| Nevada Bar 12081 | | |
| American Civil Liberties Union of Nevada | | WILLIAM C. PEACHEY |
| 601 South Rancho Dr. Suite B-11 | | Director |
| Las Vegas, NV 89106 | | |
| | | EDWARD S. WHITE |
| ALEXANDRA CHRYSANTHIS | | Senior Litigation Counsel |
| Nevada Bar 3231 | | |
| Prudhomme Law Office | | /s/ Joseph F. Carilli, Jr. |
| 633 S 4th St #7 | | JOSEPH F. CARILLI, JR. |
| Las Vegas, NV 89101 | | N.H. Bar Identification No. 15311 |
| | | Trial Attorney |
| *Counsel for the Petitioner* | | United States Department of Justice |
| | | Civil Division |
| | | Office of Immigration Litigation |
| | | District Court Section |
| | | P.O. Box 868, Ben Franklin Station |
| | | Washington, D.C. 20044 |
| | | *Counsel for the Respondent* |

IT IS HEREBY ORDERED that dispositive motions must be filed by January 31, 2018.

IT IS SO ORDERED:

UNITED STATES MAGISTRATE JUDGE,

DATED: October 13, 2017

# **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served via the court's electronic case filing system on October 11, 2017, to the counsel for the petitioner:

Amy Rose
Nevada Bar 12081
American Civil Liberties Union of Nevada
601 South Rancho Dr. Suite B-11
Las Vegas, NV 89106
Telephone: (702) 366-1536
E-mail: rose@aclunv.org

Alexandra Chrysanthis
Nevada Bar 3231
Prudhomme Law Office
633 S 4th St #7
Las Vegas, NV 89101
Telephone: (702) 413-6100
E-mail: alexandra@prudhommelawoffice.com

/s/ Joseph F. Carilli, Jr.
JOSEPH F. CARILLI, JR.
N.H. Bar Identification No. 15311
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-4848
E-mail: joseph.f.carilli2@usdoj.gov

*Attorney for the Respondent*