# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| MOHADDED AL FALAHI,<br><br>        Plaintiff,<br><br>vs.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>        Defendants. | 2:16-cv-02921-JAD-VCF<br>**ORDER** |

Before the Court is the Motion for Protective Order (ECF No. 13).

IT IS HEREBY ORDERED that a hearing on the Motion for Protective Order (ECF No. 13) is scheduled for 10:00 AM, November 30, 2017, in Courtroom 3D.

DATED this 6th day of November, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE