CHAD A. READLER
Acting Assistant Attorney General

WILLIAM C. PEACHEY
Director, District Court Section

EDWARD S. WHITE
Senior Litigation Counsel

JOSEPH F. CARILLI, JR.
N.H. Bar Identification No. 15311
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-4848
E-mail: joseph.f.carilli2@usdoj.gov

*Counsel for Respondent*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MOHAMMAD AL FALAHI,<br><br>Petitioner,<br><br>vs.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>Respondent. | Case No.: 2:16-cv-02921-JAD-VCF<br><br>**UNOPPOSED MOTION FOR AN EXTENSION OF THE PRE-TRIAL DEADLINES** |

Respondent, by and through undersigned counsel, hereby submits this unopposed motion for an extension of the pre-trial deadlines set in the Court's November 30, 2017 Order, ECF No. 19. On January 25, 2018, counsel for Respondent consulted, via e-mail message, with counsel for Petitioner. Counsel for Petitioner indicated that she did not oppose this motion.

This is the second motion for an extension of time to complete discovery and to file dispositive motions. Good cause exists for this extension. The parties had agreed to complete the remaining discovery, the depositions of two U.S. Citizenship and Immigration Services Immigration Services Officers, on January 25, 2018. However, at midnight on January 19, 2018, the continuing resolution that had been funding the Department of Justice expired, and the

1

appropriations to the Department of Justice lapsed until January 23, 2018.  Because Department of Justice attorneys were prohibited from working during the lapse in appropriations, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property," 31 U.S.C. § 1342, the counsel for Respondent was unable to prepare for the depositions and had to cancel his travel.

Pursuant to the Court's November 30, 2018 Order, ECF No. 19, the date to complete depositions is January 31, 2018, to file dispositive motions is March 2, 2018, and to file a joint pre-trial order is April 2, 2018 (or 30 days after decision on dispositive motions).  ECF No. 19.  Respondent moves that the date to complete depositions be extended until February 2, 2018, to file dispositive motions be extended to April 11, 2018, and to file a joint pre-trial order be extended to May 11, 2018 (or 30 days after decision on dispositive motions).

IT IS SO ORDERED:

UNITED STATES MAGISTRATE JUDGE

DATED: 1-26-2018

| | | |
|---|---|---|
| 1 | | |
| 2 | Date: January 26, 2018 | Respectfully submitted, |
| 3 | | CHAD A. READLER |
| 4 | | Acting Assistant Attorney General |
| 5 | | WILLIAM C. PEACHEY<br>Director |
| 6 | | |
| 7 | | EDWARD S. WHITE<br>Senior Litigation Counsel |
| 8 | | |
| 9 | | /s/ Joseph F. Carilli, Jr.<br>JOSEPH F. CARILLI, JR. |
| 10 | | N.H. Bar Identification No. 15311<br>Trial Attorney |
| 11 | | United States Department of Justice<br>Civil Division |
| 12 | | Office of Immigration Litigation<br>District Court Section |
| 13 | | P.O. Box 868, Ben Franklin Station<br>Washington, D.C. 20044 |
| 14 | | |
| 15 | | *Counsel for Respondent* |

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via the court's electronic case filing system on January 26, 2018, to the counsel for the petitioner:

Amy Rose
Nevada Bar 12081
American Civil Liberties Union of Nevada
601 South Rancho Dr. Suite B-11
Las Vegas, NV 89106
Telephone: (702) 366-1536
E-mail: rose@aclunv.org

Alexandra Chrysanthis
Nevada Bar 3231
Prudhomme Law Office
633 S 4th St #7
Las Vegas, NV 89101
Telephone: (702) 413-6100
E-mail: alexandra@prudhommelawoffice.com

/s/ Joseph F. Carilli, Jr.
JOSEPH F. CARILLI, JR.
N.H. Bar Identification No. 15311
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-4848
E-mail: joseph.f.carilli2@usdoj.gov

*Counsel for Respondent*