Amy Rose
Nevada Bar 12081
Lauren Kaufman
Nevada Bar 14677C
AMERICAN CIVIL LIBERTIES UNION OF NEVADA
601 South Rancho Dr. Suite B-11
Las Vegas, NV 89106
Telephone 702-366-1536
Fax 702-366-1331

Alexandra Chrysanthis
Nevada Bar 3231
PRUDHOMME LAW OFFICES
633 South 4th Street Suite 7
Las Vegas, NV 89101
alexandra@prudhommelawoffice.com
Telephone 702-413-6100
Fax 702-413-6664

Attorneys for Petitioner

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MOHAMMAD AL FALAHI,<br><br>Petitioner,<br><br>vs.<br><br>UNITED STATES CITIZENSHIP AND<br><br>IMMIGRATION SERVICE, an entity,<br><br>Respondent. | Case No.: 2:16-cv-02921<br><br>**STIPULATION TO WITHDRAW AMY ROSE AS ATTORNEY OF RECORD** |

Petitioner's counsel, Amy Rose's continued representation of Mohammad Al Falahi is no longer tenable as her permanent relocation to California has necessitated that she leave her position at the American Civil Liberties Union of Nevada.

Amy Rose has good cause to withdraw as counsel under the Nevada Rules of Professional Conduct 1.16(b), which provides that a lawyer may withdraw from representation where:

(1) Withdrawal can be accomplished without material adverse effect on the

interests of the client;

…

(7) Other good cause exists

The withdrawal of Amy Rose from this case can be accomplished without adverse effect on the interests of the client because Amy Rose's withdrawal will not delay proceedings in this matter. The Petitioner, Mohammad Al Falahi and the current staff attorney at the ACLU of Nevada, Lauren Kaufman, have agreed to all current timelines pending in this action

On May 15, 2019, Joseph Carilli, Jr., opposing counsel, stated that he did not oppose the withdrawal of Amy Rose in the current matter.

It is hereby stipulated and agreed that Amy Rose is no longer affiliated with the American Civil Liberties Union of Nevada, and as such, hereby withdraws her appearance in the above-captioned matter, and requests that: (1) her name be removed from any applicable service lists herein; and (2) that the Clerk terminate the delivery of all notices addressed to rose@aclunv.org in the above captioned case.

All other current attorneys of the record shall continue to receive all applicable notices.

Dated this 16th day of May, 2019          Dated this 16th, day of May, 2019

/s/ *Amy Rose* _____                     /s/ *Lauren Kaufman* _____
Amy Rose                                  Lauren Kaufman
*Counsel for the Petitioner*              *Counsel for the Petitioner*

Dated this 15th, day of May, 2019         Dated this 15th, day of May, 2019

/s/ *Mohammad Al Falahi* _____           /s/ *Joseph Carilli* _____
Mohammad Al Falahi                        Joseph Carilli, Jr.
*Petitioner*                              *Counsel for the Respondent*

Stipulation

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 5-17-2019

# **CERTIFICATE OF SERVICE**

I hereby certify that on the 16th, day of May 2019, I caused to be served a true and correct copy of the Stipulation to Withdraw as Amy Rose as Attorney of Record to be served to all the parties listed below by U.S. mail postage pre-paid and through the Courts CM/ECF electronic filing system.

JOSEPH F. CARILLI, JR.
N.H. Bar Identification No. 15311
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-4848
E-mail: joseph.f.carilli2@usdoj.gov


 __/s/ Tamika Shauntee_____
An employee of the ACLU of Nevada