JOSEPH H. HUNT
Assistant Attorney General

WILLIAM C. PEACHEY
Director, District Court Section

EDWARD S. WHITE
Senior Litigation Counsel

JOSEPH F. CARILLI, JR.
N.H. Bar Identification No. 15311
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-4848
E-mail: joseph.f.carilli2@usdoj.gov

*Counsel for the Respondent*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MOHAMMAD AL FALAHI,<br><br>        Petitioner,<br><br>vs.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>        Respondent. | Case No.: 2:16-cv-02921-JAD-VCF<br><br>**JOINT STIPULATION AND ORDER FOR STAY OF THE PROCEEDINGS**<br><br>ECF No. 46 |

The Parties, by and through their respective counsel of record, hereby stipulate to stay the proceedings in this case, in which Petitioner requests the Court to conduct a hearing *de novo* under 8 U.S.C. § 1421(c) to determine Petitioner's eligibility to naturalize.

Good cause exists to grant this stay. The Parties have agreed that U.S. Citizenship and Immigration Services will re-open Petitioner's N-400, Application for Naturalization, to conduct a further examination on his application for naturalization pursuant to 8 C.F.R. Part 335.

Respondent will enter a status report upon scheduling of the examination, upon completion of the examination, and upon the subsequent decision on Petitioner's application for naturalization.

| | | |
|---|---|---|
| Date: June 6, 2019 | | Respectfully submitted, |
| /s/ Lauren Kaufman | | JOSEPH H. HUNT |
| LAUREN KAUFMAN | | Assistant Attorney General |
| Nevada Bar 14677C | | |
| American Civil Liberties Union of Nevada | | WILLIAM C. PEACHEY |
| 601 South Rancho Dr. Suite B-11 | | Director |
| Las Vegas, NV 89106 | | |
| | | EDWARD S. WHITE |
| *Counsel for the Petitioner* | | Senior Litigation Counsel |

/s/ Joseph F. Carilli, Jr.
JOSEPH F. CARILLI, JR.
N.H. Bar Identification No. 15311
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044

*Counsel for the Respondent*

## ORDER

Based on the parties' stipulation **[ECF No. 46]** and good cause appearing, IT IS HEREBY ORDERED that this action is STAYED pending the hearing de novo under 8 U.S.C. § 1421(c) to determine petitioner's eligibility to naturalize, and the Clerk of Court is instructed to ADMINISTRATIVELY CLOSE THIS CASE. Once that proceeding is completed, either party may file a motion to reopen the case or for other relief.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: June 7, 2019