Lauren Kaufman
Nevada Bar 14677C
AMERICAN CIVIL LIBERTIES UNION OF NEVADA
601 South Rancho Dr. Suite B-11
Las Vegas, NV 89106
Telephone 702-366-1536
Fax 702-366-1331

Attorney for Petitioner

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MOHAMMAD AL FALAHI,<br><br>   Petitioner,<br><br> vs.<br><br>UNITED STATES CITIZENSHIP AND<br><br>IMMIGRATION SERVICE, an entity,<br><br>   Respondent. | Case No.: 2:16-cv-02921-JAD-VCF<br><br>**SUBSTITUTION OF ATTORNEY** |

  Mohammad Al Falahi, Petitioner, hereby substitutes Holly Welborn, 1325 Airmotive Way, Reno, Nevada 89502, 775-786-1033, as attorney of record in place and instead of: Lauren Kaufman.

DATED: ___June 28, 2019___      ___/s/ Mohammad Al Falahi___
                     Mohammad Al Falahi

DATED: ___June 28, 2019___      ___/s/ Lauren Kaufman___
                     Lauren Kaufman

. . .

. . .

. . .

. . .

I am duly admitted to practice in this District.

Above substitution accepted.

DATED: _____6/28/2019_____      __/s/Holly Welborn_____
                                   Holly Welborn

Please check one: _____X_____RETAINED, or _____ APPOINTED BY THE COURT

APPROVED:

DATED: _____July 1, 2019_____   _____
                                    UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of June 2019, I caused to be served a true and correct copy of the Substitution of Attorney to be served to all the parties listed below by U.S. mail postage pre-paid and through the Courts CM/ECF electronic filing system.

JOSEPH F. CARILLI, JR.
N.H. Bar Identification No. 15311
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-4848
E-mail: joseph.f.carilli2@usdoj.gov


 /s/ Tamika Shauntee
An employee of the ACLU of Nevada