JOSEPH H. HUNT
Assistant Attorney General

WILLIAM C. PEACHEY
Director, District Court Section

EDWARD S. WHITE
Senior Litigation Counsel

JOSEPH F. CARILLI, JR.
N.H. Bar Identification No. 15311
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-4848
E-mail: joseph.f.carilli2@usdoj.gov

*Counsel for the Respondent*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MOHAMMAD AL FALAHI,<br><br>   Petitioner,<br><br>vs.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>   Respondent. | Case No.: 2:16-cv-02921-JAD-VCF<br><br>**STIPULATED DISMISSAL**<br>& ORDER<br><br>ECF No. 54 |

  Petitioner Mohammad Al Falahi and Respondents U.S. Citizenship and Immigration Services ("Parties"), by and through undersigned counsel, file this Notice of Stipulated Dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

  On June 28, 2019, U.S. Citizenship and Immigration Services approved Petitioner's Form N-400, Application for Naturalization, and, subsequently, on July 26, 2019, Petitioner swore his oath of naturalization and became a naturalized U.S. citizen. Therefore, this case is moot. The Parties stipulate to the dismissal of this case with prejudice and agree to bear their own costs and fees, if any.

1

| | |
|---|---|
| Date: August 9, 2019<br>*[signature]*<br>_____<br>HOLLY WELBORN<br>State Bar Number<br>American Civil Liberties Union of Nevada<br>601 South Rancho Dr. Suite B-11<br>Las Vegas, NV 89106<br><br>*Counsel for the Petitioner* | Respectfully submitted,<br><br>JOSEPH H. HUNT<br>Assistant Attorney General<br><br>WILLIAM C. PEACHEY<br>Director<br><br>EDWARD S. WHITE<br>Senior Litigation Counsel<br><br><u>/s/ Joseph F. Carilli, Jr.</u><br>JOSEPH F. CARILLI, JR.<br>N.H. Bar Identification No. 15311<br>Trial Attorney<br>United States Department of Justice<br>Civil Division<br>Office of Immigration Litigation<br>District Court Section<br>P.O. Box 868, Ben Franklin Station<br>Washington, D.C. 20044<br><br>*Counsel for the Respondent* |

    **Based on the parties' stipulation [ECF No. 54] and good cause appearing, IT IS HEREBY ORDERED that this case is DISMISSED. The Clerk of Court is directed to CLOSE THIS CASE.**

DATED: 8/13/2019                          _____
                                                      HON. JENNIFER A. DORSEY
                                                      United States District Judge